# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR3296-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION AND JUDGMENT TO DISMISS CASE** |
| GENARO ESCOBEDO-HERNANDEZ, | |
| Defendant | |

Upon motion by the United States and for good cause shown,

IT IS ORDERED that the motion to dismiss is granted and this case shall be dismissed without prejudice.

SO ORDERED.

Dated:   12/1/2020                      _____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge